UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

8.18866208 BITCOIN AND 8.18865895
BITCOIN CASH SEIZED FROM BITGO
ACCOUNT NO.
63b4a0406789f7000775094435174f46

Defendant-*in-rem.*

**STIPULATION AND ORDER**

25 Civ. 3501 (JPO)

WHEREAS, on or about April 28, 2025, the United States commenced an *in rem* forfeiture action by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"), seeking the forfeiture of 8.18866208 Bitcoin ("BTC") and 8.18865895 Bitcoin Cash ("BCH") seized from BitGo Trust Company ("BitGo") Account No. 63b4a0406789f7000775094435174f46 (the "Defendants-*in-rem*");

WHEREAS, on or about May 23, 2025, Christian Verdun ("Verdun"), filed a claim asserting an interest in the Defendants-*in-rem* (the "Verdun Claim") (D.E. 3) as the owner of BitGo Account No. AA36 63b4a0406789f7000775094435174f46 (the "BitGo Account");

WHEREAS, on or about May 23, 2025, Alia Tsang ("Tsang" together with Tsang, the "Claimants") filed a claim asserting an interest in the Defendants-*in-rem* (the "Tsang Claim" together with the Verdun Claim, the "Claims") (D.E. 4);

WHEREAS, on or about June 11, 2025, Tsang filed an Answer to the Verified Complaint (D.E. 5);

WHEREAS, on or about June 11, 2025, Verdun filed an Answer to the Verified Complaint (D.E. 6); and

WHEREAS, the Government and Claimants have agreed to resolve their respective interests in the Defendants-*in-rem* without further litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Josiah Pertz, of counsel, Claimants, by their attorney, Steven L. Kessler, Esq., that:

1.     The Government acknowledges Verdun's superior interest in 50% of the Defendants-*in-rem*, specifically, 4.09433104 BTC and 4.09432948 BCH (the "Returned Share"), and shall not seek a Judgment of Forfeiture forfeiting the Returned Share to the Government.

2.     Upon entry of this Stipulation and Order, the Government shall return the Returned Share by transferring the cryptocurrency to Verdun in a manner to be agreed upon by the Government and Verdun's counsel.

3.     Claimants waive any claim of interest with respect to the remaining 50% of the Defendants-*in-rem* (the "Government's Share") and shall not contest the Government's forfeiture of the Government's Share and the Claims with respect to the Government's Share are withdrawn. Further Claimants agree that they will not file a claim or a petition for remission or mitigation or otherwise contest the forfeiture of the Government's Share, and will not assist anyone else in doing so.  Claimants also waive all rights to service or notice of any further forfeiture proceeding with respect to the Government's Share.

4.     Claimants agree to hold harmless the United States, including but not limited to the Department of Justice ("DOJ"), United States Department of Treasury ("DOT"), Department of Homeland Security, Homeland Security Investigations ("HSI"),  and the United States Attorney's Office for the Southern District of New York ("USAO-SDNY"), and any agents and employees of the United States, from any and all claims in connection with or arising out of the transfer of the Returned Share to Verdun including but not limited to any third-party claims of ownership of the Returned Share.

5.    The Government's agreement to this Stipulation and Order is expressly premised upon the truthfulness, accuracy and completeness in every material part of the representations made by counsel for Claimants.

6.    The parties hereby waive all rights to challenge or contest the validity of this Stipulation and Order.

7.    Each party shall bear its own costs and attorney's fees.

8.    This Stipulation and Order constitutes the complete agreement of the parties and may not be amended without express written authorization from all parties.

9.    This Court shall have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10.     The signature page of this Stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _AUSA Pertz_____          2/6/2026

       Josiah Pertz                                    DATE
       Assistant United States Attorney
       26 Federal Plaza, 38th Floor
       New York, NY 10278
       (212) 637-2490

CHRISTIAN VERDUN

By: _____          2/9/2026
       Christian Verdun                               DATE

ALIA TSANG

By: _____          2/9/2026
       Alia Tsang                                     DATE

By: _____          2/13/2026
       Steven L. Kessler, Esq.                        DATE
       Attorney for Claimants
       500 Mamaroneck Avenue, Suite 320
       Harrison, New York 10528
       (212) 661-1500

**The Clerk is directed to mark this case as closed. SO ORDERED.**

_____          February 25, 2026
       J. PAUL OETKEN                               DATE
       United States District Judge