UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-v.-

8.18866208 BITCOIN AND 8.18865895 BITCOIN CASH SEIZED FROM BITGO TRUST COMPANY ACCOUNT NO. 63B4A0406789F7000775094435174F46,

Defendant-*in-rem*.

JUDGMENT OF FORFEITURE

25 Civ. 3501 (JPO)

WHEREAS, on or about April 28, 2025, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. 8.18866208 Bitcoin ("BTC") and 8.18865895 Bitcoin Cash ("BCH") seized from BitGo Trust Company Account No. 63b4a0406789f7000775094435174f46

(the "Defendant-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to (i) Title 21, United States Code, Section 881(a)(6), as the Defendant-*in-rem* constitutes moneys furnished or intended to be furnished by any person in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of Title 21, United States Code, Sections 841(a)(l) and 846; and (ii) Title 18, United States Code, Section 981(a)(l)(A), as the Defendant-*in-rem* constitutes property involved in money laundering, in violation of Title 18, United States Code, Section 1956 and 1957;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was

posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 30, 2025, through May 29, 2025, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about May 1, 2025, the Notice of Civil Complaint as sent by email to Steven L. Kessler, Esq., counsel for Christian Verdun and Alia Tsang, at kesslerlawnyc@gmail.com;

WHEREAS, on or about May 23, 2025, Christian Verdun filed a claim asserting an interest in the Defendant-*in-rem* (the "Verdun Claim") (D.E. 3);

WHEREAS, on or about May 23, 2025, Alia Tsang (together with Verdun, the "Claimants") filed a claim asserting an interest in the Defendant-*in-rem* (the "Tsang Claim") (D.E. 4);

WHEREAS, on or about June 11, 2025, Tsang filed an Answer (D.E. 5);

WHEREAS, on or about June 11, 2025, Verdun filed an Answer (D.E. 6);

WHEREAS, on or about February 25, 2026, the Court entered a Stipulation and Order (the "Stipulation"), wherein the Government agreed to return 50% of the Defendant-*in-rem*, specifically 4.09433104 BTC and 4.09432948 BCH, to Verdun, and the Claimants disclaimed any

interest in the remaining 50% of the Defendant-*in-rem* (the "Forfeited Property") and agreed not to contest the forfeiture of the Forfeited Property (D.E. 15);

WHEREAS, the Claimants are the only individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no other claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Forfeited Property, including interest accrued thereto, shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection, or its designee the Office of Fines, Penalties, and Forfeiture shall dispose of the Forfeited Property, according to law.

Dated: New York, New York
July 7, 2026

SO ORDERED:

J. PAUL OETKEN
United States District Judge